(124 So. 393)
Homer MARTIN v. STATE. (8 Div. 161.)

Supreme Court of Alabama. Oct. 31, 1929.

Thomas C. Pettus, of Athens, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J. Petition of Homer Martin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Martin v. State, 124 So. 392.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.